# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 25-20297 |
| ) | |
| LADARIUS DILLARD, ) | |
|     Defendant. ) | |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge Mark S. Norris for all further proceedings.

**IT IS SO ORDERED,** this 17th day of November, 2025.

                                                          s/ Sheryl H. Lipman
                                                          SHERYL H. LIPMAN
                                                          CHIEF UNITED STATES DISTRICT JUDGE